# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE R. HOMAN, *Individually, and on Behalf of the Class*,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00296-JLT-SAB<br><br>ORDER GRANTING ADAM J. KAISER'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 7) |

Before the Court is the application of Adam J. Kaiser, attorney for Defendant Colonial Penn Life Insurance Company, for admission to practice *pro hac vice*. L.R. 180(b)(2). Having reviewed the application, Adam J. Kaiser's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **March 14, 2025**

STANLEY A. BOONE
United States Magistrate Judge

1