# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE R. HOMAN, *Individually, and on Behalf of the Class*,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00296-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO REMAND AND SPECIALLY SET A BRIEFING SCHEDULE<br><br>(ECF No. 14) |

Before the Court is the parties' stipulation to continue the hearing on Plaintiff's motion to remand and specially set a briefing schedule. The parties have stipulated to a three-month extension for Defendant's opposition, Plaintiff's reply, and the hearing on the motion to remand. (ECF No. 14.) As the basis for this extension is a separate matter, Ruiz v. The Bradford Exchange, that was recently argued in the Ninth Circuit and is potentially dispositive of the issues raised in Plaintiff's motion to remand. (See ECF No. 13.)

On April 28, 2025, the Court held an informal, off-the-record discussion with the parties regarding the stipulation. (ECF No. 18.) Alex Tomasevic, Esq., appeared on behalf of Plaintiff. Kathy Huang, Esq., appeared on behalf of Defendant. Neither party wanted anything on the record following inquiry by the Court.

For good cause shown, the Court approves the stipulation and will grant it as modified to accommodate the Court's civil law and motion calendar. That said, the Court will be disinclined

to grant a further extension on this basis. Several factors go into when the Ninth Circuit will hand down its opinion in <u>Ruiz</u>, and the Court is inclined to keep this case moving.

Accordingly, the Court hereby ORDERS that:

1. Defendant shall have through **August 20, 2025**, to file an opposition to the motion to remand;
2. Plaintiff shall have through **August 27, 2025**, to file a reply, if any;
**3.** The hearing on the motion to remand is continued to **September 3, 2025, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **April 29, 2025**

STANLEY A. BOONE
United States Magistrate Judge