## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINE R. HOMAN, *Individually, and on Behalf of the Class*,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PENN LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 1:25-cv-00296-JLT-SAB<br><br>ORDER RE STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 20) |

Before the Court is the parties' stipulation to continue the mandatory initial scheduling conference, in light of the Court's recent order specially setting a briefing schedule on Plaintiff's motion to remand. (See ECF No. 19.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to **October 16, 2025, at 1:00 p.m.**

IT IS SO ORDERED.

Dated: **May 9, 2025**

STANLEY A. BOONE
United States Magistrate Judge